✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

2010 AUG 10  A 9: 47

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____ DEPUTY

1  DANIEL G. BOGDEN
   United States Attorney
2  BRADLEY W. GILES
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs | ) 2:10-MJ-0479-RJJ |
| PREMISES LOCATED AT 1355 ATHENS POINT AVENUE, LAS VEGAS, NEVADA CITY OF LAS VEGAS, COUNTY OF CLARK STATE OF NEVADA | ) |

### GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Bradley W. Giles, Assistant United States Attorney, and moves this Court to unseal the Affidavit together with the Application, the Court's Order and search warrant return for purposes of discovery in the above-captioned matter.

Unsealing is necessary to permit the Government to copy and distribute the above referenced documents to the defense.

DATED this 9th day of August, 2010.

DANIEL G. BOGDEN
United States Attorney

BRADLEY W. GILES
Assistant United States Attorney

1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs | ) 2:10-MJ-00479-RJJ |
| PREMISES LOCATED AT 1355 ATHENS POINT AVENUE, LAS VEGAS, NEVADA CITY OF LAS VEGAS, COUNTY OF CLARK STATE OF NEVADA | ) |

### ORDER

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, the Court's Order, and search warrant return issued in the above-captioned matter and good cause appearing, therefor

IT IS SO ORDERED that the Affidavit, the Application, the Court's Order and search warrant return be unsealed.

DATED this 13 day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE